# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE: )
                                             )    CASE NO. 17 B 09113
   Bobbie Jefferson               )    HON. PAMELA S. HOLLIS
                                             )    CHAPTER 13
   DEBTOR.                      )

## NOTICE OF MOTION

TO:    Glenn B Stearns, 801 Warrenville Road Suite 650, Lisle, IL 60532-435;

See attached service list.

Please take notice that on May 24, 2019, at 10:45 a.m., I shall appear before the Honorable Judge Pamela S. Hollis in Joliet City Hall, 150 W Jefferson St., 2nd Floor, Joliet, IL 60432 and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

      The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on May 15, 2019.

/s/ *Michael Spangler*
The Semrad Law Firm, LLC
Attorney for Debtor
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 17-09113<br>Northern District of Illinois<br>Eastern Division<br>Wed May 15 07:38:50 CDT 2019 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | ACEPTANCENOW<br>5501 HEADQUARTERS DRIVE, RENT A CENTER<br>PLANO, TX 75024 |
| AMITA Health Adventist Medical Center<br>POB 9246<br>Oak Brook, IL 60522-9246 | AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO  LEAD PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ. 07921-2693 | American Homes for Rent<br>1091 S. Roselle Rd<br>Schaumburg, IL 60193-3960 |
| City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W. Jackson Ste. 600<br>Chicago, IL 60604-3517 | City of Chicago Parking<br>121 N. LaSalle St # 107A<br>Chicago, IL 60602-1232 | Devita Jefferson<br>6604 Whalen Ln<br>Plainfield, IL 60586-6923 |
| FLAGSHIP CREDIT ACCEPT<br>3 CHRISTY DR STE 201<br>CHADDS FORD, PA 19317-9670 | Flagship Credit Acceptance<br>P.O. Box 3807<br>Coppell, TX 75019-5877 | I C SYSTEM INC<br>PO BOX 64378<br>SAINT PAUL, MN 55164-0378 |
| IRS 1<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | MERCHANTS CREDIT GUIDE<br>223 W JACKSON BLVD STE 4<br>CHICAGO, IL 60606-6914 | NICOR Northern Illinois Gas<br>Attention Bankruptcy & Collections<br>PO Box 549<br>Aurora IL 60507-0549 |
| Next Door Self Storage<br>1906 Plainfield Rd<br>Crest Hill, IL 60403-1940 | REGIONAL ACCEPTANCE CO<br>P O BOX 13549<br>READING, PA 19612-3549 | SANTANDER<br>PO BOX 961245<br>FORT WORTH, TX 76161-0244 |
| SPRINGLEAF FINANCIAL S<br>230 RANDALL RD<br>SOUTH ELGIN, IL 60177-2274 | SYNCB/SAMS CLUB<br>PO BOX 981400<br>EL PASO, TX 79998-1400 | Spingleaf Financial S<br>8535 S. Harlem Ave<br>Burbank, IL 60459-2199 |
| UNITED CONSUMER FINL S<br>865 BASSETT RD<br>WESTLAKE, OH 44145-1194 | Bobbie Jefferson<br>6604 Whalen Ln<br>Plainfield, IL 60586-6923 | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532-4350 |
| Nathan E Delman<br>The Semrad Law Firm, LLC<br>20 South Clark<br>28th Floor<br>Chicago, IL 60603-1811 | Patrick Semrad<br>The Semrad Law Firm, LLC<br>20 S. Clark St, 28th Floor<br>Chicago, IL 60603-1811 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

End of Label Matrix
Mailable recipients    26
Bypassed recipients     0
Total                  26

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17 B 09113 |
| Bobbie Jefferson ) | HON. PAMELA S. HOLLIS |
| DEBTOR. ) | CHAPTER 13 |

## MOTION TO OBTAIN CREDIT / INCUR DEBT

NOW COMES the Debtor, by and through Debtor's counsel, The Semrad Law Firm, LLC, and moves this Honorable Court for the entry of an Order authorizing the Debtor to obtain additional financing for the purchase of a vehicle. In support thereof, the Debtor states as follows:

1. On March 22, 2017, the Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. This Honorable Court confirmed the Chapter 13 plan on June 23, 2017.

3. The Chapter 13 Plan states secured creditors are to be paid 100% of their allowed claims, and general unsecured creditors are to be paid 10% of their allowed claims.

4. The Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $185.00 on a monthly basis for a term of 36 months.

5. Debtor does not currently have a vehicle and needs a vehicle in order to stay current with her bankruptcy payments and ongoing bills.

6. Debtor wishes to finance $26,096.40 in order to purchase a 2012 GMC Yukon. Debtor's projected vehicle payment will be $567.94 per month, for a term of 72 months, at an interest rate of 15.89%. Please see attached Exhibit A for a copy of the purchase terms.

7. The Chapter 13 Trustee is receiving consistent plan payments.

8. Debtor respectfully requests this Honorable Court enter an Order permitting the

      Debtor to obtain credit / incur debt for the purchase of a vehicle.

      WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A.    That this Honorable Court enter an Order permitting the Debtor to finance a vehicle, and incur additional financing for approximately $26,096.40 with monthly payments of approximately $567.94 for a term of 72 months, at an interest rate of 15.89%; and

B.    For any and all other relief this Court deems fair and proper.

Respectfully submitted,

/s/ *Michael Spangler*
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625