


D'Arcy Automobiles JOLIET

2022 Essington Rd. Joliet, IL 60435

| DATE | 4/19/2019 | STOCK NO. | G18467b |
|---|---|---|---|
| SALESPERSON | Gilson Rios | MANAGER | Luke Sillar |

| BUYER | BOBBIE JEFFERSON | | DOB | |
|---|---|---|---|---|
| CO-BUYER | | | DOB | |
| ADDRESS | 6604 Whalen Ln | | DL # BUYER\ | |
| CITY/STATE/ZIP | Plainfield   IL   60586 | COUNTY | DL # CO-BUYER | |

Buyer(s) hereby offers to purchase the vehicle described below under the terms and conditions specified. All vehicles are sold as equipped unless otherwise specified.

PHONE  H
        W

☐ NEW   ☐ DEMO   ☐ USED    Exterior Color _____   Interior Trim _____

| YEAR/MAKE/MODEL | BODY | MILEAGE | SERIAL NUMBER |
|---|---|---|---|
| 2012  GMC   Yukon | AWD 4dr 1500 Dena | 92750 | 1GKS2EEF0CR159859 |

| | |
|---|---|
| SALE PRICE | $ 23,995.00 |
| DISCOUNT INCLUDES TRADE ALLOWANCE | - |
| CASH DIFFERENCE | |
| OPTIONAL PROTECTION PACKAGE | + |
| DOCUMENTARY SERVICE FEE | + $ 179.00 |
| ADDITIONAL ITEMS | + |
| AMOUNT TAXABLE | |
| SALES TAX | + $ 1,701.50 |
| JOLIET CITY TAX | + |
| LIC. FEES ☐ TRANSFER ☐ PASS ☐ B. PLATE | + $ 221.00 |
| TRADE-IN LIEN PAYOFF | + |
| OPTIONAL SERVICE CONTRACT | + |
| TOTAL | |
| DOWN PAYMENT ☐ CASH ☐ CHECK ☐ C/C | + |
| GM REBATES 6   USED AS DOWN PAYMENT GOES TO CUSTOMER | |
| BALANCE DUE | $ 26,096.00 |

| STOCK NO. | YEAR | | MAKE |
|---|---|---|---|
| BODY | #CYL. | COLOR | MODEL |
| MILEAGE | | SERIAL NUMBER | |
| LIEN HELD BY | | | LENDER PHONE NO. |
| ADDRESS | | | |
| CITY | | STATE | ZIP |
| ACCOUNT # | | | CONFIRMED PAYOFF |
| GOOD UNTIL | QUOTED BY | | OBTAINED BY |

X _____

X _____   4/19/2019   ACCEPTED BY _____

PURCHASER'S SIGNATURE    DATE    DEALER OR HIS AUTHORIZED SIGNATURE

**NO PUBLIC LIABILITY, PROPERTY DAMAGE OR PHYSICAL DAMAGE INSURANCE ISSUED WITH THIS SALE.**

The Reynolds and Reynolds Company   EF908 Q  (01/13)

```
APR 19, 2019  F&I - DEAL WORKSHEET          Store 01 FAND101  802/5760 4770
--------------------------------------------------------------------------


-------------------------------------------------
 1 DEAL #          11 TRADE #1        19 DOC FEE    179.00
 2 DEAL DATE 04/19/2019  12 PAYOFF #1      20 WARR PREM     0.00
 3 STOCK #         13 DEPOSIT          21 MAINT PREM    0.00
                   14 CASH DOWN    0.10 22 GAP PREM
 4 PRICE    23995.00  15 REBATE      0.00
 5                 TOTAL DOWN     0.10 23 MSRP
   TOTAL AFTMKT  0.00                 24 BALLOON       0.00
                   16 REGISTERED STATE   IL   ADJ BALLOON    0.00
 6 TERM         72  17 COUNTY CODE
 7 RATE      15.89  18 COUNTY RATE      0  AMT FINANCED   26096.40
 8 DAYS         44     GOVT FEES    221.00
 9 PAY/YEAR     12     TAXES       1701.50
10 PYMT DATE 06/03/2019  RO/PO #1         INS:
              RO/PO #2        MEMO#1
   STATUS     RO/PO #3        MEMO#2
--------------------------------------------------------------------------

 (LINE#)(M=MODIFY)(?=CMD LIST)
 SHIFT F1=FKEYS BANK=ALLY BANK          MONTHLY PYMT ()     567.94
```